IN THE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APRIL BAYLIS, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 04-1462-KAJ |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : | |
| Defendant. | : | |

**Affidavit**

STATE OF DELAWARE    :

NEW CASTLE COUNTY    :

I HEARBY ACKNOWLEDGE that the answers to the foregoing Answers to Defendant's Interrogatories Directed to Plaintiff are true and correct to the best of my belief and knowledge.

_____
April Baylis

HEREBY SWORN AND SUBSCRIBED to me on this 23rd day of ___March___, 2005.

_____
Notary Public