**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APRIL BAYLIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1462-KAJ |
| | : | |
| RED LION GROUP, INC., a corporation | : | |
| of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

At Wilmington this **8th day of April, 2005**.

IT IS ORDERED that the teleconference scheduled for Tuesday, April 12, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Tuesday, May 31, 2005 at 9:30 a.m. Norman H. Brooks, Jr., Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE