IN THE U.S. DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APRIL BAYLIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1462-KAJ |
| | : | |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO:   Bayard Marin, Esquire
521 West Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of John Peters on Wednesday, June 29, 2005 beginning at 10:00 a.m. in the offices of Marks, O'Neill, O'Brien & Courtney located at 913 Market Street, Suite 800, in Wilmington, Delaware.

*/s/ Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DATED:   May 18, 2005

cc: Esquire Deposition (by fax)

DE040354.1