THE LAW OFFICES OF
## BAYARD MARIN
521 WEST STREET
WILMINGTON, DELAWARE 19801-2196

(302) 658-4200
(302) 655-2500

BAYARD MARIN (DE AND D.C.)
VALERIE M. DeFONTES (DE)

FAX: (302) 658-9075
E-MAIL: bmarin6655@aol.com
E-MAIL: Defontesesq@aol.com

May 23, 2005

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

   **RE: April Baylis (Plaintiff) v. Red Lion Group, Inc.**

      Interim Status Report

Dear Judge Jordan,

  I am writing to report on the status of this case. Discovery is proceeding along and it appears that discovery can be completed within the deadline. Plaintiff has named her medical expert. A telephone conference has been set up with Magistrate Judge Mary Pat Thynge on May 31, 2005 at 9:30 a.m. for the purpose of holding a settlement conference.

         Respectfully Yours,

         Bayard Marin

BM/saf
CC: Norman H. Brooks, Jr., Esquire
Marks O'Neill O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
ALSO SENT BY FAX