## MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

———

(302) 658-6538
FAX (302) 658-6537

**PHILADELPHIA OFFICE**
SUITE 1200
1880 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
THE BONAPARTE BUILDING
8 EAST MULBERRY STREET
BALTIMORE, MD 21202
(410) 385-8335
FAX (410) 385-5883

**NEW JERSEY OFFICE**
SUITE 300, COOPER RIVER WEST
6981 NORTH PARK DRIVE
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
GULF TOWER, SUITE 3200
707 GRANT STREET
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
SUITE 106
10 SOUTH CLINTON STREET
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

Norman H. Brooks, Jr.

May 24, 2005

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

*VIA HAND DELIVERY &*
*Electronic Filing*

Re:   **Baylis v. Red Lion Group, Inc.**
       **C.A. No. 04-1462 KAJ**
       **Our File No. 794-73782**

### Interim Status Report

Dear Judge Jordan:

    As per your Honor's Scheduling Order of February 15, 2005, please accept this as Defendant's Interim Status Report. As indicated by Plaintiff's report of May 23, discovery is proceeding in this matter and it is anticipated by Defendant that discovery will be completed within the period prescribed in the Court's Scheduling Order. While Plaintiff was delayed in the identification of her medical expert, Dr. David Sowa, counsel was able to amicably resolve the situation and Defendant does not object to Dr. Sowa's identification. It is my understanding that Plaintiff's expert is currently preparing his report, and upon its completion a copy will be provided

DE040724.1

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

The Honorable Kent A. Jordan
page 2

by Plaintiff's counsel. Concerning Defendant's identification of experts, Defendant anticipates identification of its expert will occur by June 5, 2005 as per the Scheduling Order.

Defendant has scheduled and noticed the depositions of John Peters and Jerry McCarthy for June 29, 2005, in advance of the July 5, 2005 discovery completion deadline. Further, records from Plaintiff's medical treatment providers and workers compensation provider were subpoenaed so as to be received prior to the discovery deadline. Plaintiff's counsel has requested copies of these records be provided to him.

I await the May 31, 2005 Status Conference with the Court.

Respectfully Submitted,

/s/ *Norman H. Brooks, Jr. (No. 2568)*

NORMAN H. BROOKS, JR.

NHB/dpd

cc: Bayard Marin, Esq.

DE040724.1