IN THE UNITED STATES DISTRICT COURT
FOR THE DISRTRICT OF DELAWARE

| | | |
|---|---|---|
| April Baylis, | : | |
| | : | C.A. No.:04-1462 KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | Trial by Jury Demanded |
| | : | |
| Red Lion Group Inc., a corporation | : | |
| of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO: Norman Brooks, Jr.
Marks, O'Neill O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned will take the deposition of Thomas O'Hanlon on Wednesday, June 29, 2005, at 2:00 p.m. in the office of Norman Brooks, Jr., 913 North Market Street, Wilmington, DE 19801.

BAYARD MARIN, ESQUIRE
521 West Street
Wilmington, DE 19801
302-658-4200
Attorney for Plaintiff

Date: 5/25/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISRTRICT OF DELAWARE

| | | |
|---|---|---|
| April Baylis, | : | C.A. No.:04-1462 KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | Trial by Jury Demanded |
| | : | |
| Red Lion Group Inc., a corporation of the State of Pennsylvania, | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, **Bayard Marin, Esquire**, of The Law Offices of Bayard Marin, hereby certify that on the 25TH of May, 2005, caused two true and correct copies of the **Notice of Deposition of Thomas O'Hanlon** to be served via electronic filing, upon the following counsel of records:

Norman Brooks, Esquire
Marks, O'Neill, O'Brien, Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

                                                     _____
                                                   BAYARD MARIN, ESQUIRE
                                                   521 West Street
                                                   Wilmington, DE 19801
                                                   302-658-4200
                                                   Attorney for Plaintiff

Date: 5/25/05