UNITED STATES DISTRICT COURT
FOR THE DISRTRICT OF DELAWARE

| | | |
|---|---|---|
| April Baylis, | : | |
| | : | C.A. No.:04-1462 KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | Trial by Jury Demanded |
| | : | |
| Red Lion Group Inc., a corporation | : | |
| of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S REQUEST FOR PRODUCTION

Plaintiffs request the defendant to produce for inspection, on June 29, 2005, a 5 pound fire extinguisher, exactly like ones delivered to Honeywell, for use during depositions.

_____
Bayard Marin, Esquire
521 West Street
Wilmington, DE 19801
302-658-4200
Attorney for Plaintiffs

Dated: 5/26/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **April Baylis,** | : | |
| | : | C.A. No.:04-1462 KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | Trial by Jury Demanded |
| | : | |
| **Red Lion Group Inc., a corporation** | : | |
| **of the State of Pennsylvania,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, **Bayard Marin, Esquire**, of The Law Offices of Bayard Marin, hereby certify that on the 26th of May, 2005, caused two true and correct copies of the **Plaintiff Request for Production** to be served via electronic filing, upon the following counsel of records:

Norman Brooks, Esquire
Marks, O'Neill, O'Brien, Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

_____
BAYARD MARIN, ESQUIRE
521 West Street
Wilmington, DE 19801
302-658-4200
Attorney for Plaintiff

Date: 5/26/05