IN THE U.S. DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

APRIL BAYLIS,

    Plaintiff,

v.

                       C. A. No. 04-1462-KAJ

RED LION GROUP, INC., a corporation of
the State of Pennsylvania,

    Defendant.

## STIPULATED ORDER EXTENDING THE TIME
## FOR MEDICAL EXPERT DISCOVERY

The parties, by and through the undersigned Counsel, hereby agree to amend this Court's February 15, 2005 Scheduling Order as follows herein.

Paragraph 3(d) is amended to extend the deadline for plaintiff to identify medical experts and produce Federal Rule of Civil Procedure 26(a)(2) disclosures on/or before June 15, 2005. Defendant shall identify medical experts and file initial Rule 26(a)(2) disclosures on/or before July 15, 2005 and disclosure of expert reports is follows: To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions, August 5, 2005.

_____
Bayard Marin, Esquire  ID 642
521 West Street
Wilmington, DE 19801

_____
Norman H. Brooks, Jr., Esquire  ID 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801

So Ordered: _____
                Kent A. Jordan, J.

DB040914.1