IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APRIL BAYLIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1462-KAJ |
| | : | |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this __**2**nd__ day of **June**, 2005, that I caused two true and correct copies of the **Stipulated Order Extending the Time for Medical Expert Discovery** was served by electronic filing upon the following counsel of record:

Bayard Marin, Esquire
521 West Street
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　　　　　　　__/s/ **Norman H. Brooks, Jr.**__
　　　　　　　　　　　　　　　　　　　　　　　　　　　Norman H. Brooks, Jr., Esquire / I.D. No. 2568
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*