IN THE U.S. DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 04-1462-KAJ |
| | : |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : |
| | : |
| Defendant. | : |

**<u>NOTICE OF DEPOSITION</u>**

TO:   Bayard Marin, Esquire
       521 West Street
       Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of David T. Sowa, M.D. on Tuesday, July 12, 2005 at 4:00 p.m. in the offices of Dr. Sowa located at Medical Arts Pavilion, 4745 Ogletown-Stanton Road, Newark, Delaware.

           /s/ **Norman H. Brooks, Jr.**
           Norman H. Brooks, Jr., Esquire / I.D. No. 2568
           Marks, O'Neill, O'Brien & Courtney, P.C.
           913 North Market Street, #800
           Wilmington, DE 19801
           (302) 658-6538
           *Attorney for Defendant*

DATED: June 17, 2005
cc: Esquire Deposition (by fax)

DE041879.1