IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APRIL BAYLIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1462-KAJ |
| | : | |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, hereby certify that on **June 17, 2005**, I electronically filed a **Notice of Deposition** with the Clerk of Court using CM/ECF which will send notification of such filing via electronic mail to the following: **Bayard Marin, Esquire**

*/s/ Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
nbrooks@mooclaw.com
*Attorney for Defendant*

DE041932.1