IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-1462-KAJ |
| | : |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : |
| | : |
| Defendant. | : |

**NOTICE OF SERVICE**

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **23**$^{rd}$ day of **June**, 2005, that I caused two true and correct copies of the **Defendant's Response to Plaintiff's Request for Production** were served by regular mail, first class, postage prepaid, upon the following counsel of record:

Bayard Marin, Esquire
521 West Street
Wilmington, DE 19801

    */s/ Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DE041027.1