## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISRTRICT OF DELAWARE

| | | |
|---|---|---|
| April Baylis, | : | |
| | : | C.A. No.:04-1462 KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | Trial by Jury Demanded |
| | : | |
| | : | |
| Red Lion Group Inc., a corporation | : | |
| of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITION

TO:    Norman Brooks, Jr.
       Marks, O'Neill O'Brien & Courtney, P.C.
       913 North Market Street, Suite 800
       Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned will take the deposition of Edward Coza on Tuesday, July 5, 2005, at 11:00 a.m. in the office of Norman Brooks, Jr., 913 North Market Street, Wilmington, DE 19801.

BAYARD MARIN, ESQUIRE
521 West Street
Wilmington, DE  19801
302-658-4200
Attorney for Plaintiff

Date:  6/24/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISRTRICT OF DELAWARE

April Baylis,                                          :
                                                       :        C.A. No.:04-1462 KAJ
              Plaintiff,                               :
                                                       :
              v.                                       :        Trial by Jury Demanded
                                                       :
                                                       :
Red Lion Group Inc., a corporation                    :
of the State of Pennsylvania,                         :
                                                       :
              Defendant.                               :

## NOTICE OF SERVICE

I, **Bayard Marin, Esquire**, of The Law Offices of Bayard Marin, hereby certify

that on the **24** of June, 2005, caused two true and correct copies of the **Notice of**

**Deposition of Edward Coza** to be served via electronic filing, upon the following

counsel of record:

Norman Brooks, Esquire
Marks, O'Neill, O'Brien, Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

                                        _____
                                        BAYARD MARIN, ESQUIRE
                                        521 West Street
                                        Wilmington, DE  19801
                                        302-658-4200
                                        Attorney for Plaintiff

Date: 6/24/05