IN THE UNITED STATES DISTRICT COURT
FOR THE DISRTRICT OF DELAWARE

| | | |
|---|---|---|
| **April Baylis,** | : | |
| Plaintiff, | : | C.A. No.:04-1462 KAJ |
| | : | |
| v. | : | Trial by Jury Demanded |
| | : | |
| **Red Lion Group Inc., a corporation** | : | |
| **of the State of Pennsylvania,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE TO VACATE DEPOSITION**

TO:  Norman Brooks, Jr.
    Marks, O'Neill O'Brien & Courtney, P.C.
    913 North Market Street, Suite 800
    Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned is vacating the deposition of Edward Coza originally scheduled to be taken on Tuesday, July 5, 2005, at 11:00 a.m. in the office of Norman Brooks, Jr., 913 North Market Street, Wilmington, DE 19801.

*[signature]*
_____
BAYARD MARIN, ESQUIRE
521 West Street
Wilmington, DE  19801
302-658-4200
Attorney for Plaintiff

Date: 6/30/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISRTRICT OF DELAWARE

| | | |
|---|---|---|
| **April Baylis,** | : | |
| Plaintiff, | : | C.A. No.:04-1462 KAJ |
| | : | |
| v. | : | **Trial by Jury Demanded** |
| | : | |
| **Red Lion Group Inc., a corporation of the State of Pennsylvania,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, **Bayard Marin, Esquire**, of The Law Offices of Bayard Marin, hereby certify that on the ____ of June, 2005, caused two true and correct copies of the **Notice to Vacate Deposition** to be served via electronic filing, upon the following counsel of record:

Norman Brooks, Esquire
Marks, O'Neill, O'Brien, Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

 

_____
BAYARD MARIN, ESQUIRE
521 West Street
Wilmington, DE 19801
302-658-4200
Attorney for Plaintiff

Date: 6/30/05