IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APRIL BAYLIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1462-KAJ |
| | : | |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT RED LION GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant, Red Lion Group, Inc. ("Red Lion"), by and through its attorneys, respectfully moves this Honorable Court for an Order granting its Motion for Summary Judgment. In support of its motion, Defendant submits its Opening Brief in Support of its Motion for Summary Judgment with accompanying Exhibits and Appendix. The Accompanying Exhibits and Appendix have been filed contemporaneously with this motion.

Defendant respectfully requests that the Court grant summary judgment in Defendant's favor on all counts asserted by Plaintiff against it.

/s/ **Norman H. Brooks, Jr.**
Norman H. Brooks, Jr., Esquire (No. 2568)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DATED: August 5, 2005

DE044025.1