IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APRIL BAYLIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1462-KAJ |
| | : | |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

## ORDER

WHEREAS, the Court has before it Defendant's Motion for Summary Judgment;

WHEREAS, the Court has heard and considered the arguments of counsel;

WHEREAS, the Court considers Defendant's Motion with merit;

NOW THEREFORE, Defendant's Motion for Summary Judgment is **HEREBY GRANTED**.

**SO ORDERED** this _____ day of _____, 2005.

_____
JUDGE KENT A. JORDAN

Dated: