IN THE U.S. DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

APRIL BAYLIS,                     :
                                     :

        Plaintiff,          :
                                       :

        v.                   :     C. A. No. 04-1462-KAJ
                                     :

RED LION GROUP, INC., a corporation of :
the State of Pennsylvania,           :
                                     :

        Defendant.       :

## APPENDIX TO DEFENDANT'S OPENING BRIEF IN
## SUPPORT OF MOTION FOR SUMMARY JUDGMENT

 

*/s/ Norman H Brooks, Jr.*
Norman H. Brooks, Jr., Esquire (No. 2568)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DATED: August 5, 2005

# TABLE OF CONTENTS

Affidavit of Craig Ulshafer ............................................... A-1

Relevant Portions of Deposition Transcript of April Baylis .................... A-4

Relevant Portions of Deposition Transcript of John Peters .................... A-12

Relevant Portions of Deposition Transcript of Patrick G. McCarthy ............ A-25

DE043962.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

APRIL BAYLIS,                          :
                                       :
      Plaintiff,                  :
                                       :
      v.                          :    C. A. No. 04-1462-KAJ
                                       :
RED LION GROUP, INC., a corporation of :
the State of Pennsylvania,             :
                                       :
      Defendant.                  :

## **AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA   :
                               : SS
COUNTY OF BUCKS                :

      BE IT REMEMBERED that on this 5th day of August, 2005, personally appeared before me the subscriber, a Notary Public in and for the Commonwealth and County aforesaid, Craig Ulshafer, being by me duly sworn according to law, who did depose and say as follows:

1.      I am over the age of eighteen years.

2.      I am of sound mind and am competent to make this Affidavit.

3.      I am currently employed by Red Lion Group, Inc. and have been so employed for approximately 25 years. I am familiar with Red Lion Group, Inc.'s practices and procedures.

4.      In order to prepare this Affidavit, I have also reviewed the documents associated with the recharging, inspection, and delivery of fire extinguishers to Honeywell International, Inc. on November 13, 2002.

DE043959.1

**A-1**

5.      Prior to delivery, the fire extinguishers were recharged, inspected and determined to be safe and in good working order.

6.      On that day, a Red Lion Group, Inc. employee delivered 21 fire extinguishers to Honeywell at 6100 Philadelphia Pike, Claymont, DE 19703 to be used for a hands-on fire demonstration on November 14, 2002.

7.      The fire extinguishers were transported upright in a boxed step van containing e-channel metal tracking that was bolted to the sides and were secured using ratchet strap belts.

8.      The fire extinguishers were delivered to, and accepted by, a Honeywell employee.

9.      Upon delivery, control of the fire extinguishers was relinquished to Honeywell employees.

10.     Red Lion Group, Inc. would ordinarily send its own instructor to conduct such a training. However, in this instance, Honeywell decided to provide its own instructor to conduct this training. Therefore, no Red Lion Group employee was present during the hands-on demonstration during which Plaintiff was injured.

11.     From the time of delivery until the time of Plaintiff's injury, no Red Lion Group employee had control or custody of the subject fire extinguishers.

12.     November 13, 2002 until November 15, 2002, the 21 fire extinguishers were in the custody and control of Honeywell, not Red Lion Group, Inc.

13.     After the incident giving rise to this litigation, Russell W. Davis, Honeywell's Health, Safety & Environment Specialist, placed a "Danger – Do Not Use" tag on the allegedly defective fire extinguisher.

DE043959.1

**A-2**

14. The extinguisher tagged by Mr. Davis was a 5 lb. CO2 extinguisher manufactured by Fyr-Fyter 1968 with the serial number M-231123.

15. Upon receipt of this extinguisher, Red Lion inspected it, discharged it, recharged it and discharged it again and found no evidence of any defective condition.

16. Further Affiant sayeth naught.


Craig W. Ulshafer, Sr.
*Red Lion Group, Inc.*

SWORN TO and SUBSCRIBED before me the day, month and year first above written.


NOTARY PUBLIC

NOTARIAL SEAL
JOHN J. HARRIS, Notary Public
Downingtown Boro, Chester County
My Commission Expires Aug. 13, 2006

A-3

50

```
 1            A.      At Omega.

 2            Q.      And she is a Honeywell

 3   physician?

 4            A.      They're contracted with

 5   Honeywell.  They're not paid -- they're not

 6   Honeywell employees.

 7            Q.      Was Dr. Taylor already in the

 8   hospital?

 9            A.      And remember, I can't remember

10   if her name is Taylor or not.

11            Q.      Dr. T.

12            A.      Thompson.  I think that might

13   be it.

14            Q.      Well, we'll just call her Dr.

15   T. right now.

16            A.      Okay.

17            Q.      Was Dr. T. already in the

18   hospital or was she on call somewhere?  How

19   did that happen?

20            A.      She's at Omega, and they took

21   me down to Omega.

22            Q.      So it's not the hospital.

23   It's the Omega --

24            A.      Medical Center.
```

A-4

51

1          Q.       Across the street from the

2     hospital?

3          A.       Correct.

4          Q.       So you never went to the

5     Emergency Room then?

6          A.       That's correct.

7          Q.       Did you see Dr. T. just the

8     one time on the day of the incident?

9          A.       No, I saw her several times.

10    Follow-ups.

11         Q.       You also saw Dr. MacEwen?

12         A.       Correct.

13         Q.       Where is Dr. MacEwen's office?

14         A.       He's in Omega.

15         Q.       How many times did you see

16    him?

17         A.       Four maybe.

18         Q.       What did he do for you?

19         A.       He basically looked at my

20    hand.  He didn't do a whole bunch above and

21    beyond that.  He referred me to physical

22    therapy.

23         Q.       Let's back up.  Let me take a

24    little more detail and then I'll come

111

1    grab another one.  And I put it down and

2    grabbed another one, pulled the pin, put

3    the fire out, and then that's -- I went to

4    set that down and I said, Jerry, that hurt

5    my hand.  And this all was a matter of 20

6    to 30 seconds.  It was very, very fast.

7    And as soon as I finished, my hand was

8    white.  My entire hand was white, like snow

9    white.

10         Q.    Well, which fire extinguisher

11   was leaking?  The first one --

12         A.    The first one.

13         Q.    You picked up the first one --

14         A.    Nothing was coming out of the

15   hose on the first one.

16         Q.    Did you squeeze the trigger?

17         A.    Yes.

18         Q.    Are you sure you squeezed the

19   trigger --

20         A.    Oh, absolutely.  You have to.

21         Q.    You squeezed the trigger

22   completely and you start to sweep, and then

23   you're saying it's not working?  Or what

24   are you saying?

112

```
1          A.     It's not working.  I'm -- I
2   mean, it was a little confusing right at
3   that point in time because, you know,
4   what's supposed to be happening is not
5   happening.  What I just got trained and
6   shown to happen is not happening.
7          Q.     I take it when you're
8   squeezing the trigger, you don't realize
9   that it's leaking at that point?
10         A.     I don't realize that it's
11  leaking onto my hand.  I mean, not me, in
12  particular.  John knew it was leaking, and
13  we knew the stuff is coming out because you
14  can see it.  It kind of gives a
15  little. . .
16         Q.     Let's back up to that point.
17  The point where you squeeze the trigger,
18  your hand is on the hose and you're
19  sweeping?
20         A.     My right hand; yes.
21         Q.     And you're looking at the
22  fire?
23         A.     Right.
24         Q.     And you're squeezing the
```

113

1    trigger?

2            A.      Right.

3            Q.      Do you see anything come out

4    of the end of the fire extinguisher --

5            A.      No; nothing came out the end.

6            Q.      At that point, then, did you

7    look to your hand or does anything draw

8    your attention or suggest to you that the

9    thing is leaking other than John saying,

10   it's leaking?

11           A.      I knew something was wrong

12   because the -- you could see the chemical

13   coming out.

14           Q.      Of where?

15           A.      But it's not coming out of the

16   fire extinguisher.

17           Q.      Where on the fire extinguisher

18   is this chemical coming out?

19           A.      From the nozzle area, but I

20   can't tell you exactly.  It's from the

21   nozzle area.  From the top of the

22   extinguisher where the -- you know, the

23   silver pieces are on the top.  If you have

24   pictures, I could show you.

114

1          Q.     Did you feel any pain at that
2     point?

3          A.     No.  No.  It was probably 20
4     minutes.

5          Q.     And John says, it's leaking.

6          A.     John was saying it's leaking
7     and it's, I mean, quick.  We're talking
8     very fast.

9          Q.     And then what did he tell you
10    to do when he said it's leaking?

11         A.     Jerry said, put it down and
12    grab another one.

13         Q.     Those were the only
14    instructions you received?

15         A.     Yes, basically.

16         Q.     And what --

17         A.     At that point in time; yes.

18         Q.     And what did you do at that
19    point?

20         A.     I grabbed another fire
21    extinguisher and put the fire out.

22         Q.     And where did you grab that
23    fire extinguisher from?

24         A.     We have the fire extinguishers

116

1    realize that you felt pain?

2        A.    I said to Jerry right away,

3    that hurt my hand.  But like my hand was

4    stiff and it was white.

5        Q.    What was stiff and white?

6        A.    My hand.  My left hand.

7        Q.    Was the part that eventually

8    blistered, was that the part that was

9    white?

10       A.    My whole hand was white.

11       Q.    The whole back side of the

12   hand?

13       A.    My whole hand; front and back.

14       Q.    Was it white because there was

15   a film --

16       A.    It was frozen.

17       Q.    -- or mist or chemical --

18       A.    No; it was frozen.

19       Q.    After you said, that hurt my

20   hand, and put the extinguisher down, what

21   happened?

22       A.    I think Jerry said, show

23   John.  Because I turned around and I looked

24   at John, and he said, you should have that

117

1    looked at.  And then I went back over with

2    the group.  I was waiting for Laurie to

3    finish her turn.  And the guys that had

4    been standing there, I showed them and they

5    said, you need to go have that looked at.

6          Q.    How long did it take Laurie to

7    get her training?

8          A.    She was trained the same time

9    I was.  So the only thing she had to do was

10   put the fire out.  So it was just another

11   matter of seconds.

12         Q.    And after you watched her put

13   her fire out, then you --

14         A.    We headed back up to the

15   office.

16         Q.    Did you receive any medical

17   attention on site?

18         A.    Yes.

19         Q.    Where did you go for that?

20         A.    I went right back up to my

21   office, which is the main building.  I

22   showed my boss and I told him what

23   happened, and he called the Health and

24   Safety Manager.  And that's when the Health

**A-11**

Page 21

1    you.  I'm not sure what the timing was.

2               Now, along with him there is

3    another person involved.  Our safety

4    manager is also a coordinator so he helps

5    with this.  It's more than a one man job.

6          Q.     Who was the safety

7    coordinator?

8          A.     His name is Russ Davis.

9    Now, he wasn't there at the plant at the

10   time this incident occurred.  He's come

11   since then.  At least I'm not sure if he

12   was.  Let me see, was he there?  He may

13   have been at the plant, I'm sorry.  Yeah,

14   he may have been at the plant at the

15   time, yes.

16         Q.     Did Mr. Davis play any

17   leadership role in the HAZMAT taking

18   ownership of safety day in November 2002?

19         A.     No.  No.

20         Q.     What did you and/or Jerry do

21   once you learned that HAZMAT was going to

22   take ownership of the fire extinguisher

23   training again during the year 2002?

24         A.     Okay.  The safety day was, I

Page 22

1    believe, from 8:00 in the morning until

2    4:00 in the afternoon.  What we did, we

3    set up a schedule of people to come to

4    the area where we were doing the training

5    and we put it in blocks of two hours each

6    so that Jerry and I were on this one

7    block -- I believe it was -- does that

8    tell you what the time was?

9                   It was like 10:00 in the

10   morning or noon maybe, something like

11   that that we had.  And there were others

12   that had a block before us and also a

13   block after us so that there were pairs

14   of HAZMAT people every two hours.  Is

15   that clear?  Do you understand?

16        Q.    Let's make sure that's

17   clear.  You had teams of instructors, two

18   instructors per team?

19        A.    Right.  That's correct.

20        Q.    They each taught a block of

21   time how long?

22        A.    Of two hours.  Let me

23   reclarify that.  From 8:00 to 10:00 there

24   were two instructors and what these two

**A-13**

1  instructors did when the folks got to the

2  site was help them through the use of a

3  fire extinguisher.

4            I believe prior to this

5  there was some classroom training on the

6  fire extinguishers.  And one of the

7  things that we had to do when they came

8  to the site for the actual use of the

9  extinguisher was to reemphasize the

10 acronym PASS, P-A-S-S.  This is part of

11 their training.  What that stands for is

12 pull the pin, aim, squeeze and sweep.

13           And what this training does

14 is puts in their minds that acronym so

15 that if they get in a situation where

16 there is a problem and they suddenly

17 forget how to use the extinguisher that

18 goes through their head and they go

19 through the exercise.

20           Before they were using the

21 extinguisher we had asked them each

22 what's the acronym and what's it mean and

23 do it.

24           Q.    Let me back up just a

1    boneyard.  It's a fenced in area -- I'm

2    sorry, it was in Pennsylvania, not

3    Delaware.  It's the other way around.

4            Q.    What was the address for it?

5            A.    The address?

6            Q.    Right.

7            A.    It was 6100 Philadelphia

8    Pike.

9            Q.    Now, is that the same

10   address where the plaintiff, April

11   Baylis, worked?

12           A.    Yes, that's correct.

13           Q.    Did you teach any of these

14   blocks of time?

15           A.    Well, when you say teach

16   that's stretching it, I think.  What we

17   were doing in this boneyard with the fire

18   extinguisher is actually watching these

19   folks use the extinguishers.  Most of

20   them never used one in their lives and

21   this is a good chance for them to get to

22   use one.

23                I believe the classroom

24   training was one issue, the actual usage

Page 27

1    was with the hands-on.  Our job was to do

2    the hands-on.  We didn't really do any

3    instructing, other than going through

4    that acronym of PASS so that when they

5    came to the boneyard all they were going

6    to do is use that extinguisher to put the

7    flame out.

8                 What we had was a pan of

9    kerosene which we ignited or we lit.  Our

10   job primarily is to make sure they didn't

11   get too close to it and get burned.

12        Q.    Where was the classroom

13   training being given?

14        A.    It was being given in one of

15   our conference rooms and, again, I'm not

16   sure which one.

17        Q.    How many people were given

18   the classroom training?

19        A.    Every one should have

20   received the classroom training.

21        Q.    Every employee should have

22   received it?

23        A.    Yes.  Yes.

24        Q.    Then did every employee also

**A-16**

Page 33

1    lit and it was burning and she asked us

2    what do I do and we told her, go through

3    your acronym again and she pulled the

4    pin, she squeezed the handle and she

5    aimed the unit and almost as fast as she

6    aimed the unit you could see the CO2 come

7    out to put the fire out but you could

8    also see it wisping around the area of

9    the handle.

10            Now, at that time we didn't

11   realize that the unit was leaking.  April

12   shut it off and she said something is

13   coming out on my hand see so we had her

14   put it down.  Now, with CO2, there's an

15   extinguisher there, the whole top of the

16   unit ices up so you can't really tell

17   where it's coming from, but as it cooled

18   down I could see it was coming from, I

19   guess, that tubing on the side there.

20            Our main concern wasn't

21   really that at the time it was her having

22   a burned hand.  So we told her whether

23   it's cold or hot it's a burn so we

24   instructed her to go back to her office

A-17

Page 34

1    area and put her hand in cold water and

2    then if that didn't help it put her hand

3    in ice water, ice floating in water and

4    if it got any worse than that we told her

5    they'd send her to an Omega, which was

6    our medical facility that we send our

7    folks to.

8            Q.      When she arrived at the

9    boneyard the flame was already lit?

10           A.      No, sir.   No.   There were

11   people before her that were going through

12   that, we were putting it out.   When they

13   put it out we didn't light it until the

14   next person came up.   That flame would

15   hold its heat for a couple minutes.   You

16   would probably reignite quite easily

17   within a couple of minutes.   It wasn't

18   that cold that quickly.   I know it was

19   cold out but it didn't get that cold that

20   quickly.

21           Q.      Who ordered the fire

22   extinguishers?

23           A.      I honestly don't know.

24           Q.      Did you order the fire

**A-18**

Page 38

```
1    bigger than I thought she picked up,
2    though.  I think she had a smaller one
3    than that.  But, yes.  Yes, we did.
4           Q.     Do you know whether any five
5    pound extinguishers were ordered that
6    day?
7           A.     I don't know what was
8    ordered.  I didn't order anything so I
9    don't know what was ordered.
10          Q.     Do you know what was being
11   used that day?
12          A.     There were a variety.  I
13   can't tell you what the weights were.
14   Just the size alone doesn't mean it's 5
15   pounds or 10 pounds or whatever.  It
16   tells you on there.  Dry chems are a
17   little bigger than the CO2s -- or, I'm
18   sorry, the other way.  The CO2's bigger
19   than the dry chems.
20          Q.     What size fire extinguisher
21   was April Baylis using when this
22   happened?
23          A.     I can't be sure.  I thought
24   it was smaller than these.  They had the
```

A-19

Page 39

1    same adapter on them but I think it was

2    smaller than these.

3           Q.      When you say these, what

4    size are these, if you know?

5           A.      Can I look at it?

6           Q.      Sure.

7           A.      This says 5 pound.  I

8    thought the one she had was a lot smaller

9    than this.  That's a 5 pounder.

10          Q.      Do know if she was using a 5

11   pounder or 10 pounder?

12          A.      I'll tell you, I don't

13   recall.  I really don't recall.

14          Q.      Did Honeywell have the 5

15   pound fire extinguisher similar to the

16   one you just held in your hand available

17   on safety day, November 14, 2002?

18          A.      I'm trying to think.  The

19   ones that were there were brought in

20   especially for safety day.  I don't know

21   if we had the 5 pounders available or

22   not, sir.  The only ones I know are the

23   ones the HAZMAT team has.

24                  We have a HAZMAT vehicle and

Page 40

1    we have, I believe, 20 pounders and 30

2    pounders in that truck.  I don't know

3    what was in the plant at the time.

4                   We didn't have that type.

5    That type has the metal hose that comes

6    down and hits the cone.  Most of ours are

7    usually rubber or they're different --

8    it's a different connection than what

9    this pipe is.  This was something that is

10   out of the ordinary.

11        Q.     Where were the fire

12   extinguishers that Red Lion produced for

13   this event stored from the time they were

14   received until the time that they were

15   used in the boneyard?

16        A.     They were probably stored in

17   our storeroom until such time as they

18   were needed then they were transported

19   out to the boneyard.

20        Q.     Did you make any effort to

21   inspect the extinguishers upon being

22   received by Honeywell?

23        A.     I didn't receive them so,

24   no, I would not have inspected them.  No.

A-21

Page 68

1    was wrong or what happened.  But as I

2    said, physically you can't really see

3    what could have occurred there.

4         Q.    Did you complete any sort of

5    an incident report following this event?

6         A.    I did not but I think the

7    company did, yes.

8         Q.    Were you asked to give any

9    input for that incident report?

10        A.    Not that I recall.  I think

11   Jerry may have.  I don't recall doing an

12   incident report, no.

13        Q.    Can you describe for me what

14   training you have had on fire

15   extinguisher use, particularly the CO2?

16        A.    Okay.  As I said, there was

17   incident commander training that we put

18   our people through.  Before that I took

19   incident commander training down at the

20   University of Texas in Houston.  They

21   have a fire school down there that's

22   strictly for fire people.

23              Before Honeywell came to be

24   there was an Allied Signal group and

**A-22**

Page 69

1    there was an Allied Chemical before that

2    and during that period of time I was the

3    fire brigade commander as well as the

4    HAZMAT coordinator, so we took very

5    rigorous training in fire handling.

6              We also went to Delaware

7    fire school, Delaware State Fire School,

8    which is down in Dover, Delaware.  We

9    take fire brigade one, two and three.  So

10   I had all three of those trainings as

11   well as the Texas AM Fire School.

12        Q.    How long is fire brigade

13   one?

14        A.    Fire brigade one is five

15   days.

16        Q.    Fire brigade two?

17        A.    Fire brigade two I think was

18   only three days.

19        Q.    And fire brigade three?

20        A.    That was maybe two days.

21        Q.    They're all at Delaware

22   State Fire School?

23        A.    Yes.

24        Q.    Are you a volunteer fireman?

A-23

Page 70

```
 1          A.     No, sir, I'm not.

 2          Q.     With these three, I'll call

 3   them schools, under your belt do you have

 4   any sort of a certification for this kind

 5   of work?

 6          A.     They gave us a piece of

 7   paper, diploma, that's all.

 8          Q.     I mean, you got a

 9   certificate for each course?

10          A.     Yes.

11          Q.     But like for an EMT, upon

12   completion you get some additional --

13          A.     Oh, no.  This qualifies you

14   to serve as a firefighter in an

15   industrial setting.  It doesn't qualify

16   me to be a volunteer fireman in Delaware

17   or Pennsylvania.

18          Q.     It does or does not?

19          A.     It does not.  This is

20   strictly industrial training.

21          Q.     When you looked at the fire

22   extinguisher after the event you were not

23   able to detect any mechanical malfunction

24   in the operation of the fire
```

A-24

Page 6

```
 1    of sleep last night?

 2            A.      Yes, sir.

 3            Q.      Have you ever given a

 4    deposition before?

 5            A.      Yes, sir.

 6            Q.      How many times?

 7            A.      Twice.

 8            Q.      Were you a party?

 9            A.      Once in a divorce proceeding

10    so I guess I was a party and then one

11    other time for an incident involving the

12    fire house.

13            Q.      Were you a witness?

14            A.      A witness.

15            Q.      Are you a member of a fire

16    house?

17            A.      Yes.

18            Q.      Which fire house is that?

19            A.      Claymont Fire Company,

20    Station 13, Claymont, Delaware.

21            Q.      When did you join that fire

22    house?

23            A.      1983.

24            Q.      In what capacity?
```

A-25

Page 7

1       A.      Volunteer firefighter.

2       Q.      Is that a junior fireman?

3       A.      At that time I was one year

4    junior and then proceeded to go to an

5    active status.

6       Q.      When did you complete your

7    training at the Delaware Fire School and

8    become a volunteer firefighter?

9       A.      I'm going to say that I

10   completed basic firefighting skills

11   between 1983 and 1985 but still

12   continual, go down to the Delaware State

13   Fire School.

14      Q.      Have you ever served as an

15   officer in the fire company?

16      A.      Yes, sir.

17      Q.      When were those?

18      A.      I served as deputy chief of

19   the department for three years.  I

20   believe that was from 1998 to 2001.

21      Q.      Any others?

22      A.      Any others?  In previous

23   years I had served as captain, fire line

24   captain, assistant chief and safety

Page 18

1    were able to extinguish the fire.

2                    And then I would light the

3    small pit that was contained in the metal

4    pan and I would let the participant grab

5    an extinguisher.  I would walk up with

6    them as they extinguished the fire and

7    walk back out.

8            Q.     My understanding is that

9    during 2002 there were two parts to the

10   fire extinguisher training.  The one part

11   was the classroom training and the other

12   part was the hands-on training at the

13   boneyard; is that correct?

14           A.     To the best of my knowledge

15   I don't feel that's correct.  We didn't

16   have classroom training that year.

17           Q.     Did you have classroom

18   training in 2001?

19           A.     Classroom training -- every

20   one has to go through a one day safety

21   training day in which they review OSHA

22   policies, plant policies, medical record

23   keeping.  Once a year there are certain

24   requirements by OSHA and Honeywell that

Page 19

1   you have to review everything.  And fire

2   extinguisher safety was reviewed in that

3   training but not part of safety day

4   training.

5           Q.     Now, the training in 2001,

6   the year before the April Baylis

7   incident, which way was it handled?  Was

8   it handled with the separate day

9   designated for the paperwork checkup that

10  you described earlier and the classroom

11  training or did safety day also include

12  the classroom training for the fire

13  extinguisher before someone attempted to

14  put out the fire in the pan?

15          A.     I believe in 2001 we had a

16  small portion of classroom in a

17  designated area and then went to a field

18  exercise.

19          Q.     You were describing a field

20  exercise I guess I'll ask you to describe

21  what you mean by that and then maybe we

22  can agree to use the term the hands-on

23  training at the pan.

24          A.     Yes, sir.

A-28

Page 20

1          Q.      What do you mean when you
2     say the field exercise?
3          A.      What I consider a field
4     exercise would be showing again the
5     different type of fire extinguishers,
6     walking through the procedure of
7     extinguishing a fire and then actively
8     lighting a fire in a confined pan and
9     having the participant extinguish that
10    fire.
11         Q.      Can you approximate for me
12    the size of the pan?
13         A.      The overall pan was
14    approximately five foot by three foot
15    rectangle with a metal lid.  It's
16    actually all built out of stainless
17    steel.  I elevated the one side so that
18    the actual combustible material we were
19    using that day would stay at the lower
20    end and we wouldn't have to put that much
21    fluid in.  The combustible material for
22    the day was diesel fuel.
23         Q.      Is that the same as
24    kerosene?

Page 21

1          A.      Basically, yes.

2          Q.      When you elevated one end of

3     the pan how high did you elevate it?

4          A.      Not -- one inch tops.

5          Q.      So then how much of the

6     bottom of the pan surface was covered

7     with liquid when it was elevated in that

8     way?

9          A.      I would say you had an area

10    about three foot wide and about four

11    inches up.  So I took that pan that was

12    overall five foot and I only put a small

13    amount of combustible liquid in there.

14         Q.      So it was only about four

15    inches across the top or four inches deep

16    at that point?

17         A.      Deep.  It would only be

18    about two inches by the width of the pan.

19         Q.      What part, if any, did you

20    play in ordering the fire extinguishers?

21         A.      None.

22         Q.      Who ordered the fire

23    extinguishers?

24         A.      I'm not exactly sure.  In

A-30

Page 23

1    would have been moved out to the

2    boneyard.

3           Q.     Do you know for a fact that

4    the fire extinguishers were accepted in

5    the storeroom?

6           A.     They were kept until that

7    morning, yes.

8           Q.     How do you know where the

9    fire extinguishers were kept that night?

10          A.     I remember the question of

11   how we were going to get them from the

12   storehouse to the boneyard.

13          Q.     Who did you discuss that

14   with?

15          A.     My boss.

16          Q.     Who was?

17          A.     Jeff Boyle.

18          Q.     What's Mr. Boyle's job

19   title?

20          A.     Maintenance supervisor.

21          Q.     How was that resolved, the

22   issue of transporting them from the

23   storeroom to the boneyard?

24          A.     I believe we got a cart with

Page 24

1    sides on it and put them inside there and

2    pushed the cart out.

3          Q.    Can you describe the cart

4    for me?

5          A.    Basic cart of three-foot

6    wide, four-foot long, just a basic

7    utility style cart to push materials.

8          Q.    I'm not quite sure what a

9    basic cart is.  Is it four wheels or two

10   wheels?

11         A.    Oh, I'm sorry.  Four wheels,

12   utility cart handle that you just kind of

13   lean against and push the handle -- four

14   wheels, lean against the handle, metal

15   construction.

16         Q.    Is it similar to a cart that

17   you would use at a Home Depot or a Lowe's

18   or something like that?

19         A.    Yes.

20         Q.    Got it.  Than you.  Are

21   there any sides on that cart other than

22   the very back?

23         A.    This cart that we had had a

24   small four inch.

A-32