IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-1462-KAJ |
| | : |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this __5th__ day of __August__, 2005, that I caused two true and correct copies of the **Defendant Red Lion Group, Inc.'s Motion for Summary Judgment; Proposed Order; and, Defendant's Opening Brief in Support of Motion for Summary Judgment** were served by electronic filing upon the following counsel of record:

    Bayard Marin, Esquire
    521 West Street
    Wilmington, DE 19801

    /s/ Norman H. Brooks, Jr.
    Norman H. Brooks, Jr., Esquire / I.D. No. 2568
    *Attorney for Defendant*

DE044031.1