August 29, 2005

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
Lockbox 10
844 King Street
U. S. Courthouse
Wilmington, DE 19801

    RE:    April Baylis v. Red Lion Group, Inc.
             Civil Action No.: 04-1462-KAJ

Dear Judge Jordan:

    Plaintiff requests an extension until Wednesday, August 31, 2005 to file her answer to Defendant's Motion for Summary Judgment. Plaintiff is awaiting the signature of necessary affidavits to be filed with Plaintiff's answer. I have contacted defense counsel and notified him of my request. As of 4:45 p.m. today, I have not received a response as to whether that request will be granted.

                                      Yours Sincerely,
                                      /s/ Bayard Marin
                                      BAYARD MARIN, ESQUIRE
                                      ID# 642
                                      521 West Street
                                      Wilmington, DE 19801
                                      Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISRTRICT OF DELAWARE

| | | |
|---|---|---|
| April Baylis, | : | |
| | : | C.A. No.:04-1462 KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | Trial by Jury Demanded |
| | : | |
| | : | |
| Red Lion Group Inc., a corporation of the State of Pennsylvania, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Bayard Marin, Esquire, hereby certify that on this 29th day of August 2005, that I caused two true and correct copies of a Letter to Judge Jordan to be served by electronic filing upon the following counsel of record:

Norman H. Brooks, Jr., Esquire
Marks, O'Neill O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

/s/ Bayard Marin
_____

ID# 642
Bayard Marin
The Law Offices of Bayard Marin
521 West Street
Wilmington, DE 19801
302-658-4200
Attorney for Plaintiff

Dated: August 29, 2005