IN THE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 04-1462-KAJ |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : |
| Defendant. | : |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, April Baylis, by and through her attorneys, respectfully asks this Honorable Court for an Order denying Defendant, Red Lion Group, Inc.'s Motion for Summary Judgment. In support of this motion, Plaintiff submits its Reply Brief in Support of her request to deny Defendant's Motion for Summary Judgment with accompanying Exhibits and Appendix. The Accompanying Exhibits and Appendix have been filed contemporaneously with this motion.

Plaintiff respectfully requests the Court to deny Defendant's Motion for Summary Judgment on all counts.

_____
Bayard Marin
The Law Offices of Bayard Marin
521 West Street
Wilmington, DE 19801
302-658-4200
Attorney for Plaintiff

Dated: August 30, 2005