IN THE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 04-1462-KAJ |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Bayard Marin, Esquire, hereby certify that on this __30th__ day of August 2005, that I caused two true and correct copies of the Proposed Order, Plaintiff's reply brief in response to Defendant's Motion for Summary Judgment, and Plaintiff's Response to Defendant's Motion for Summary Judgment were served by electronic filing upon the following counsel of record:

Norman H. Brooks, Jr., Esquire
Marks, O'Neill O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

_____
Bayard Marin
The Law Offices of Bayard Marin
521 West Street
Wilmington, DE 19801
302-658-4200
Attorney for Plaintiff

Dated: August 30, 2005