IN THE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, | : |
|     Plaintiff, | : |
| v. | :    C. A. No. 04-1462-KAJ |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : |
|     Defendant. | : |

**CERTIFICATE OF SERVICE**

    I, Bayard Marin, Esquire, hereby certify that on this __30th__ day of August 2005, that I caused two true and correct copies of the Proposed Order, Plaintiff's reply brief in response to Defendant's Motion for Summary Judgment, and Plaintiff's Response to Defendant's Motion for Summary Judgment were served by electronic filing upon the following counsel of record:

Norman H. Brooks, Jr., Esquire
Marks, O'Neill O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

                                              /s/ Bayard Marin
                                              Bayard Marin
                                              The Law Offices of Bayard Marin
                                              521 West Street
                                              Wilmington, DE 19801
                                              302-658-4200
                                              Attorney for Plaintiff

Dated: August 30, 2005