# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

(302) 658-6538
FAX (302) 658-6537

| PHILADELPHIA OFFICE | NEW JERSEY OFFICE |
|---|---|
| SUITE 1200 | SUITE 300, COOPER RIVER WEST |
| 1880 JOHN F. KENNEDY BLVD. | 6981 NORTH PARK DRIVE |
| PHILADELPHIA, PA 19103 | PENNSAUKEN, NJ 08109 |
| (215) 564-6688 | (856) 663-4300 |
| FAX (215) 564-2526 | FAX (856) 663-4439 |
| **NEW YORK OFFICE** | **PITTSBURGH OFFICE** |
| 530 SAW MILL RIVER ROAD | GULF TOWER, SUITE 3200 |
| ELMSFORD, NY 10523 | 707 GRANT STREET |
| (914) 345-3701 | PITTSBURGH, PA 15219 |
| FAX (914) 345-3743 | (412) 391-6171 |
| | FAX (412) 391-8804 |
| **MARYLAND OFFICE** | **BUCKS COUNTY OFFICE** |
| 600 BALTIMORE AVE | SUITE 302 |
| SUITE 305 | 10 SOUTH CLINTON STREET |
| TOWSON, MD 21204 | DOYLESTOWN, PA 18901 |
| (410) 339-6880 | (267) 880-3696 |
| FAX (410) 339-6881 | FAX (267) 880-0545 |

Norman H. Brooks, Jr.

August 31, 2005

Bayard Marin, Esquire
Law Offices of Bayard Marin
521 West Street
Wilmington, DE 19801

<i><u>VIA FACSIMILE</u></i>

**Re:    Baylis v. Red Lion Group**
**C.A. No. 04-1462 KAJ**
**Our File No. 794-73782**

## Notice of Deficiency

Dear Mr. Marin:

    In reviewing Plaintiff's Reply Brief (sic) in Response to Defendant's Motion for Summary Judgment, it appears Plaintiff failed to include page 11 in the materials electronically filed with the Court and those served here via e-mail. If that is indeed true, please remedy that by immediately providing the missing page and filing the ***complete*** Brief such that Defendant's time to file its Reply Brief is reset so as to start Defendant's time for the filing of its Reply Brief, at the time Plaintiff files and serves a complete copy of this Brief.

    Thank you for your anticipated cooperation.
Mr. Marin

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

page two

Sincerely,

*/s/ Norman H. Brooks, Jr.*

NORMAN H. BROOKS, JR. (No. 2568)

NHB/mlm

cc: Clerk of Court (by e-mail)

DE044917.1