THE LAW OFFICES OF
# BAYARD MARIN
521 WEST STREET
WILMINGTON, DELAWARE 19801-2196

(302) 658-4200
(302) 655-2500

BAYARD MARIN (DE AND D.C.)
VALERIE M. DeFONTES (DE)

FAX: (302) 658-9075
E-MAIL: bmarin6655@aol.com
E-MAIL: Defontesesq@aol.com

August 31, 2005

Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Dear Sir,

    On August 30, 2005, a filing was done in Case Number 1:04-cv-01462-KAJ, Document Number 43. Please accept this PDF on cd-rom as a replacement for the response attached to Document Number 43.

                              Very Truly Yours,

                              Bayard Marin

BM/seb