IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-1462-KAJ |
| | : |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this __9th__ day of **September**, 2005, that I caused two true and correct copies of the **Defendant Red Lion Group, Inc.'s Reply Brief in Support of Motion for Summary Judgment** were served by electronic filing upon the following counsel of record:

Bayard Marin, Esquire
521 West Street
Wilmington, DE 19801

/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr., Esquire/I.D. No. 2568
*Attorney for Defendant*

DE045281.1