IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RED LION GROUP, INC., a corporation )<br>of the State of Pennsylvania, )<br>)<br>Defendant. ) | Civil Action No. 04-1462-KAJ |

## FIRST AMENDED SCHEDULING ORDER

At Wilmington, this 14th day of September, 2005, binding arbitration;

IT IS ORDERED that the Court's Scheduling Order dated February 15, 2005 (D.I. 15), is amended as follows:

1. <u>Trial</u>. This matter is scheduled for a 3 day jury trial beginning at 9:30 a.m. on February 27, 2006. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 8 hours to present their case.

All other deadlines as set forth in the Court's February 15, 2005 Scheduling Order (D.I. 15) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE