IN THE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

APRIL BAYLIS,                              :
                                           :
        Plaintiff,                         :
                                           :
        v.                                 :        C. A. No. 04-1462-KAJ
                                           :
RED LION GROUP, INC., a corporation        :
of the State of Pennsylvania,              :
                                           :
        Defendant.                         :

**Affidavit**

STATE OF DELAWARE       :
                        :
NEW CASTLE COUNTY       :

        I HEARBY ACKNOWLEDGE that the answers to the foregoing Amended

Answers to Defendant's Interrogatories Directed to Plaintiff are true and correct to the

best of my belief and knowledge.

                                        _____
                                        April Baylis

        HEREBY SWORN AND SUBSCRIBED to me on this 30th day of

September, 2005.

                                        _____
                                        Notary Public