## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1462-KAJ |
| RED LION GROUP, INC., a corporation of the State of Pennsylvania, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **7th** day of **November, 2005**,

IT IS ORDERED that the mediation conference scheduled for Thursday, November 10, 2005 beginning at 10:00 a.m. has been rescheduled to **Monday, December 5, 2005 beginning at 1:00 p.m.** There shall be no further submissions of the parties. All other provisions of the Court's May 31, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE