IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL BAYLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1462-KAJ |
| ) | |
| RED LION GROUP, INC., a corporation ) | |
| of the State of Pennsylvania, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (D.I. 39) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

December 7, 2005
Wilmington, Delaware