IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| April Baylis, | : | |
| | : | C.A. No.:04-1462 KAJ |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | Notice of Appeal |
| Red Lion Group Inc., a Corporation | : | |
| of the Commonwealth of Pennsylvania, | : | |
| Appellee | : | |

Notice is hereby given that Plaintiff April Baylis by and through her attorney, Bayard Marin, in the above named case, hereby appeals to the United States Court of Appeals for the 3rd Circuit from an Order for Summary Judgment entered in this action on the 7th day of December, 2005.

Dated: December 29, 2005

_[signature]_
Counsel for Appellant
Bar Id# 642

Bayard Marin
521 West Street
Wilmington, DE 19801
302-658-4200

Norman Brooks (Counsel for Appellee)
Marks, O'Neil O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
302-658-6538