UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

___

No. 06-1010

___

APRIL BAYLIS,

Appellant

v.

RED LION GROUP, INC., A CORPORATION OF THE STATE OF
PENNSYLVANIA,

Appellee

___

On Appeal from the United States District Court
for the District of Delaware
(D. C. Civ. No. 04-cv-01462)
District Judge: Honorable Kent A. Jordan

___

Submitted Under Third Circuit LAR 34.1(a)
January 8, 2007

Before: SLOVITER, RENDELL, *Circuit Judges*, and IRENAS,[*] *Senior District Judge.*

___

JUDGMENT

___

This cause came on to be considered on the record from the United States District

___

[*] Honorable Joseph E. Irenas, Senior United States District Judge for the District of New Jersey, sitting by designation.

Court for the District of Delaware and was submitted under Third Circuit LAR 34.1(a) on January 8, 2007.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the Judgment of the District Court entered on December 7, 2005, be, and the same is hereby, affirmed .

All of the above in accordance with the opinion of this Court.
No costs.

        Attest:

        /s/ Marcia M. Waldron
        Clerk

DATED: January 24, 2007

**Certified as a true copy and issued in lieu
of a formal mandate on February 15, 2007**

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**