OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| **Marcia M. Waldron**<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | **Telephone**<br>267-299-4927 |

www.ca3.uscourts.gov

February 15, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 06-1010**
    **Baylis  vs. Red Lion Grp Inc**
    **D.C. No. 04-cv-01462**

Dear Mr. Dalleo:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                Very truly yours,
                                MARCIA M. WALDRON
                                Clerk

                                *(signature: Dana M. Moore)*

                        By:     Dana M. Moore
                                Case Manager

Enclosure

cc:
    Bayard Marin, Esq.
    Norman H. Brooks Jr., Esq.